THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
SAMUEL J. KENNEDY, Appellant.

(Submitted November 20, 1899; decided November 28, 1899.)

Motion for assignment of counsel to represent the defendant upon an appeal from a judgment of a Criminal Trial Term of the Supreme Court in the county of New York, entered March 31, 1899, upon a verdict convicting him of the crime of murder in the first degree, granted, and William A. Shortt, assigned as such counsel.

---

RUTH A. JOHNSTONE, Appellant, *v.* EUGENE F. O'CONNOR, Respondent.

Reported below, 21 App. Div. 77.
(Submitted November 20, 1899; decided November 28, 1899.)

MOTION to advance on the calendar an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 17, 1897, affirming a judgment in favor of defendant, entered upon the report of a referee.

The motion was made upon the ground that the speedy hearing of the appeal is essential to the preservation of appellant's rights, should the Court of Appeals decide in her favor.

*John L. Hill* for motion.

No one opposed.

Motion granted, without costs.